McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID STEVERSON; TERRY STEVERSON; TRACY STEVERSON; DEIDRA COOK,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 1:06-cv-00545-DLB<br><br>**STIPULATION EXTENDING DISCOVERY DEADLINE and ORDER** THEREON |

    Plaintiffs David Steverson, Terry Steverson, Tracy Steverson and Deidra Cook ("plaintiffs") and defendant United States of America ("defendant") stipulate, by and through the undersigned counsel, to extending this action's discovery deadline and respectfully request that the Court so approve.

    The parties seek to extend this action's discovery deadline by approximately 45 days, and as specifically set forth below. Good cause exists in support of this stipulation, and is based on grounds including the following:

    First, this action's presently discovery deadline is March 12, 2007.  Defendant's counsel recently completed a four week

1

**STIPULATION EXTENDING DISCOVERY DEADLINE; [PROPOSED] ORDER**

jury trial in Courtroom 2 (from January 17, 2007 through February 14, 2007).  While in trial, he was unable to participate in depositions relating to this case.  As a result, he has been unable thus far to depose each of this action's four plaintiffs, as well as any percipient witnesses whose significance to this case would be discovered through those depositions.

Second, plaintiffs' responses to written discovery are not due until next week.  These responses may also reveal the identities of additional percipient witnesses whose depositions may need to be taken.  Until defendant's counsel has an opportunity to review these responses, he will be unable to make this determination.  Third, and significantly, since the parties seek only to move this action's discovery deadline, no other present deadline within the current litigation schedule will be impacted.

Based on the above, the parties hereby stipulate to the continuance of this action's discovery deadline as specified below.  The parties also request the Court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Close of Discovery Disclosure Deadline | March 12, 2007 | **May 1, 2007** |

Dated: February 26, 2007.                February 26, 2006

                    Respectfully submitted,

Belsher & Becker                McGREGOR W. SCOTT
                                United States Attorney
(As auth. 2/26/07)
__/s/ Steven P. Roberts         ____/s/ Brian W. Enos___
STEVEN P. ROBERTS               BRIAN W. ENOS
Attorneys for Plaintiffs        Attorneys for Defendant

2
**STIPULATION EXTENDING DISCOVERY DEADLINE; [PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: **February 28, 2007**     **/s/ Dennis L. Beck**
3b142a                            UNITED STATES MAGISTRATE JUDGE

**STIPULATION EXTENDING DISCOVERY DEADLINE; [PROPOSED] ORDER**