Steven P. Roberts, Esq. (SBN 212516)
BELSHER & BECKER
412 Marsh Street
San Luis Obispo, CA  93401
(805) 542-9900
(805) 542-9949 (FAX)

Attorney for Plaintiffs:
David Steverson, Terry Steverson, Tracy Steverson, Deidra Cook

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STEVERSON; TERRY STEVERSON; TRACY STEVERSON; DEIDRA COOK,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNITED STATES OF AMERICA<br><br>          Defendants.<br>_____ | CASE NO. 1:06-CV-00545-DLB<br><br><br>ORDER AND STIPULATION FOR DISMISSAL OF PLAINTIFFS, DAVID STEVERSON AND TERRY STEVERSON |

Plaintiffs David Steverson and Terry Steverson, ("plaintiffs") and defendant United States of America ("defendant") stipulate, by and through the undersigned counsel, that plaintiffs, David Steverson and Terry Steverson, dismiss all causes of action relating to this matter against defendant, United States of America, with prejudice.  Both sides to bear their own costs and attorney's fees.

Respectfully submitted,

Dated:  August 29, 2007

BELSHER & BECKER


 __/s/ Steven P. Roberts
STEVEN P. ROBERTS
Attorney for Plaintiffs

Dated: August 29, 2007

McGREGOR W. SCOTT
United States Attorney

(As auth. 8/29/07)
 __/s/ Brian W. Enos__
BRIAN W. ENOS
Attorneys for Defendant

ORDER AND STIPULATION FOR DISMISSAL OF PLAINTIFFS
DAVID STEVERSON AND TERRY STEVERSON

IT IS SO ORDERED.

**Dated:** **September 10, 2007**       /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

ORDER AND STIPULATION FOR DISMISSAL OF PLAINTIFFS
DAVID STEVERSON AND TERRY STEVERSON