McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID STEVERSON; TERRY STEVERSON; TRACY STEVERSON; DIEDRA COOK,<br><br>             Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, U.S. Department of the Navy,<br><br>             Defendant. | 1:06-cv-00545 DLB<br><br>**STIPULATION EXTENDING LITIGATION DEADLINES; ORDER** |

   Plaintiffs David Steverson, Terry Steverson, Tracy Steverson and Deidra Cook ("plaintiffs") and defendant United States of America ("defendant") stipulate, by and through the undersigned counsel, to extending this action's litigation schedule as specified below and respectfully request that the Court so approve.

   The parties base their stipulation on good cause. To explain, the United States will need to continue this action's settlement conference from September 10, 2007, to a date after the Court hears its pending dispositive motion regarding issues

1

relating to liability.  Counsel for the United States intended on preparing this motion this month, but other cases including a September 14, 2007 trial he recently inherited have prevented him from doing so.[1]  The United States will not be able to attend a settlement conference with settlement authority until the Court rules on the above motion.

   Plaintiffs are not opposed to attending a continued settlement conference, but seeks to avoid incurring costs relevant to expert discovery prior to the continued settlement conference date.  The United States share this concern.  The parties also acknowledge that this action's trial date would have to be moved if the expert discovery deadline were moved.  Accordingly, the parties stipulate and agree to modify this action's litigation schedule as specified below, and base it on the above-stated good cause.  The parties also request the Court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Settlement Conference | September 10, 2007 | **VACATED** |
| Expert Discovery Disclosure Deadline | August 3, 2007 | **January 18, 2008** |
| Pretrial Conference | January 4, 2008 | **February 29, 2008 @1:30 p.m.** |

///

///

---

[1] Although the parties' present dispositive motion deadline is November 13, 2007 and the parties do not seek to change this date within this stipulation, counsel for the United States will endeavor to prepare and file its above-referenced dispositive motion in October so as to minimize the stipulated delay in this case's trial date.

1 | Trial                           February 12, 2008        **April 15, 2008**
                                                             **@9:00 a.m.**
2
3 | Dated: September 6, 2007.              September 6, 2007
4 |                    Respectfully submitted,
5 | Belsher & Becker                       McGREGOR W. SCOTT
                                           United States Attorney
6
7 | /s/Steven P. Roberts                   /s/Brian W. Enos
    STEVEN P. ROBERTS                      BRIAN W. ENOS
8 | Attorneys for Plaintiffs               Attorneys for Defendant
9
10 |     IT IS SO ORDERED.
11 |   **Dated:   September 12, 2007**              **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE
12

3

**STIPULATION EXTENDING LITIGATION DEADLINES; [PROPOSED] ORDER**