BELSHER & BECKER
Steven P. Roberts - (212516)
412 Marsh Street
San Luis Obispo, CA 93401
(805) 542-9900
(805) 542-9949 (FAX)

Attorneys for Plaintiffs
TRACY STEVERSON and DEIDRA COOK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STEVERSON; TERRY STEVERSON; TRACY STEVERSON; DIEDRA COOK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | 1:06-cv-00545 DLB<br><br>**STIPULATION and ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

　　　　Plaintiffs Tracy Steverson and Deidra Cook ("plaintiffs") and defendant United States of America ("defendant") stipulate, by and through the undersigned counsel, to continue and reset the hearing on defendant's Motion for Summary Judgment currently set for December 14, 2007 to December 21, 2007 at 9:00 a.m. in courtroom 9. Opposition and reply papers are shall be due in accordance with the continued hearing date.

　　　　The parties base their stipulation on counsel's need for additional time to file opposition papers in light of the Thanksgiving holiday and prior work-related obligations.

///
///
///

1

**STIPULATION TO RESET SUMMARY JUDGMENT HEARING DATE; [PROPOSED] ORDER**

Dated: November __, 2007.                          November__, 2007

Respectfully submitted,

Belsher & Becker                                   McGREGOR W. SCOTT
                                                   United States Attorney


___/s/ Steven P. Roberts                           ____/s/ Brian W. Enos___
STEVEN P. ROBERTS                                  BRIAN W. ENOS
Attorneys for Plaintiffs                           Attorneys for Defendant



    IT IS SO ORDERED.

    **Dated:   November 20, 2007**                 _____**/s/ Dennis L. Beck**_____
                                                                         UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO RESET SUMMARY JUDGMENT HEARING DATE; [PROPOSED] ORDER**