```
McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099
```

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID STEVERSON; TERRY STEVERSON; TRACY STEVERSON; DIEDRA COOK,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, U.S. Department of the Navy,<br><br>            Defendant. | 1:06-cv-00545 DLB<br><br>**STIPULATION CONTINUING TRIAL DATE; ORDER** |

   Plaintiffs Tracy Steverson and Deidra Cook ("plaintiffs") and defendant United States of America ("defendant"), by and through the undersigned counsel, stipulate to continue to this action's trial date as follows:

   WHEREAS, on September 5, 2007, the parties to this action stipulated to (among other things) continuing their previously-scheduled September 10, 2007 settlement conference to a date after the Court heard and ruled on defendant's motion for summary judgment regarding issues relating to liability.  As stated in this stipulation, the parties requested this continuance in part

1  due to defendant's inability "to attend a settlement conference
2  with settlement authority until the Court rules on the above
3  motion."  (Doc. 21, at 2:4-6)
4      WHEREAS, the Court endorsed the above stipulation by way of
5  formal order on September 12, 2007. (Doc. 24)
6      WHEREAS, defendant filed its moving papers in support of its
7  motion for summary judgment on November 13, 2007, and the Court
8  conducted a hearing on this motion on December 21, 2007.  (Docs.
9  25 and 34)
10     WHEREAS, on January 25, 2008, the Court issued an order
11 denying defendant's above motion.  (Doc. 35)
12     WHEREAS, and in accordance with the above, the parties agree
13 that it would again be in their mutual interest to attempt to
14 resolve this case prior to trial by way of a settlement
15 conference.
16     WHEREAS, the parties therefore contacted this Court's
17 chambers by telephone on or about February 19, 2008 to discuss
18 their request to participate in a rescheduled settlement
19 conference and continue this action's trial date so it could
20 first focus its efforts on case resolution issues, and pursuant
21 to this phone call contacted Judge Snyder's chambers and secured
22 a settlement conference date of April 14, 2008 regarding this
23 case.
24     WHEREAS, in an effort to minimize the costs of this
25 litigation as well as maximize its efficiency, the parties had
26 also agreed prior to defendant's moving for summary judgment, to
27 delay the depositions of two of plaintiffs' treating physicians
28

**STIPULATION CONTINUING TRIAL DATE; [PROPOSED] ORDER**

until after the Court ruled on the above motion.  The parties anticipate being able to complete these depositions in March 2008.

   WHEREAS, the present calendar of defendant's counsel (including an anticipated June 2008 trial in a complex employment case) prevents him from participating in a continued trial until August 2008.

   THEREFORE, and based on the above-stated good cause, the parties stipulate that it is in the best interest of all parties and in the interests of justice generally that the following deadlines be extended or otherwise implemented as set forth below.  The parties further respectfully request that the Court endorse this stipulation by way of formal order.

|                       | Old Date          | **New Date**                      |
|-----------------------|-------------------|-----------------------------------|
| Settlement Conference | VACATED           | **April 14, 2008** (Ctrm 7)       |
| Pretrial Conference   | February 29, 2008 | **July 18, 2008 @1:30 p.m. Ctrm 9** |
| Trial                 | February 12, 2008 | **September 9, 2008 @9:00 a.m. Ctrm 9** |

Dated: February 27, 2008                February 27, 2008

                    Respectfully submitted,

Belsher & Becker                    McGREGOR W. SCOTT
                                    United States Attorney

(As auth. 2/27/08)

/s/ Steven P. Roberts               /s/ Brian W. Enos
STEVEN P. ROBERTS                   BRIAN W. ENOS
Attorneys for Plaintiffs            Attorneys for Defendant

**STIPULATION CONTINUING TRIAL DATE; [PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: **February 28, 2008**           **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE