McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID STEVERSON; TERRY STEVERSON; TRACY STEVERSON; DIEDRA COOK,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, U.S. Department of the Navy,<br><br>            Defendant. | 1:06-cv-00545 DLB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; ORDER THEREON** |

    Plaintiffs TRACY STEVERSON and DEIDRA COOK and Defendant UNITED STATES OF AMERICA, by and through undersigned counsel, hereby stipulate to dismissal of the action with prejudice, pursuant to a Settlement Agreement entered into by the parties, effective June 18, 2008.  As noted in the Settlement Agreement, each party shall bear their/its own costs.

    The parties request that the Court retain jurisdiction to enforce the Settlement Agreement if necessary.

///

```
                                        Respectfully submitted,

Belsher & Becker                        McGREGOR W. SCOTT
                                        United States Attorney


(As auth. 6/27/08)

/s/ Steven P. Roberts                   /s/ Brian W. Enos
STEVEN P. ROBERTS                       BRIAN W. ENOS
Attorneys for Plaintiffs                Attorneys for Defendant
```

      IT IS SO ORDERED.

         **Dated:**   **June 30, 2008**                    **/s/ Dennis L. Beck**
                                                                       UNITED STATES MAGISTRATE JUDGE